759 A.2d 1219

IN THE MATTER OF LUBA ANNENKO, AN ATTORNEY AT LAW.

October 18, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **LUBA ANNENKO** of **CHERRY HILL,** who was admitted to the bar of this State in 1983, should be

suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.5(b) (failure to reduce fee agreement to writing), *RPC* 1.15(d) (failure to maintain proper trust and business accounts), *RPC* 1.16(d) (proper termination of representation), *RPC* 5.5(a) (failure to maintain a *bona fide* office) and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Disciplinary Review Board further having concluded that prior to reinstatement to practice respondent should be required to demonstrate that she is fit to practice law;

And good cause appearing;

It is ORDERED that **LUBA ANNENKO** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective November 13, 2000; and it is further

ORDERED that prior to reinstatement to practice, respondent shall provide proof of her fitness to practice law, as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20-20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.